ORIGINAL

FILED
MAY 22 2017
U.S. COURT OF
FEDERAL CLAIMS

Receipt Number: CFC100002956

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM R. BUTLER, et al., | ) | |
| *Plaintiffs*, | ) | Case No.: |
| vs. | ) | 17-667 L |
| THE UNITED STATES OF AMERICA, | ) | |
| *Defendant*. | ) | |

## COMPLAINT

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. §1491(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

### STATUTES AND CONSTITUTIONAL PROVISIONS

2. Plaintiffs' claims are based upon 1) the Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983, 16 U.S.C. § 1247(d) ("Trails Act"); 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act"); and 4) The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c) (2000).

### COUNT I
### (TAKINGS CLAIM)

3. The Indiana Southwestern Railway Company ("ISW") formerly owned an easement for railroad purposes between milepost 227.5 at Poseyville and milepost 240.2 near German Township (approximately 12.7 miles), and between milepost 277.5 at Cynthiana and milepost

RECEIVED - USCFC
MAY 22 2017

282.0 at Poseyville (approximately 4.5 miles), in Posey and Vanderburgh Counties, Indiana, a total distance of 17.2 miles (the "Railroad Line").

4. The easement lay across property owned by Plaintiffs.

5. Upon abandonment of the easement and/or authorization of use beyond the scope of the easement, Plaintiffs' property would have been unburdened by any easement.

6. Plaintiff The Estate of Jean Bender owned land adjacent to the Railroad Line on the date of the taking. The property owned by the Estate of Jean Bender is located in Posey County and includes Parcel Numbers 65-05-27-700-006.000-014 and 65-05-27-700-007.000-014, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

7. Plaintiffs William Bender, Robert Bender, and Christopher Bender owned land adjacent to the Railroad Line on the date of the taking. The property owned by William Bender, Robert Bender and Christopher Bender is located in Posey County and includes Parcel Number 65-05-28-100-005.000-014, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

8. Plaintiff Donald Blankenberger owned land adjacent to the Railroad Line on the date of the taking. The property owned by Donald Blankenberger is located in Vanderburgh County and includes Parcel Number 82-03-22-003-027.022-022, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

9. Plaintiff William R. Butler owned land adjacent to the Railroad Line on the date of the taking. The property owned by William R. Butler is located in Posey County and includes

Parcel Number 65-05-20-300-013.000-011, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

10. Plaintiffs Suzanne J. Curry, Wayne T. Wiggins and John R. Wiggins owned land adjacent to the Railroad Line on the date of the taking. The property owned by Suzanne J. Curry, Wayne T. Wiggins and John R. Wiggins is located in Posey County and includes Parcel Numbers 65-05-20-300-012.000-011 and 65-05-20-400-011.000-011 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

11. Plaintiff The Estate of Verlin Effinger owned land adjacent to the Railroad Line on the date of the taking. The property owned by The Estate of Verlin Effinger is located in Posey County and includes Parcel Number 65-23-19-100-040.000-012, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

12. Plaintiffs Sylvester J. Elpers Revocable Trust of 2000 and Patricia A. Elpers Revocable Trust of 2000 owned land adjacent to the Railroad Line on the date of the taking. The property owned by Sylvester J. Elpers Revocable Trust of 2000 and Patricia A. Elpers Revocable Trust of 2000 is located in Posey County and includes Parcel Number 65-05-20-400-006.000-011, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

13. Plaintiff F & M Damm Trust owned land adjacent to the Railroad Line on the date of the taking. The property owned by F & M Damm Trust is located in Vanderburgh County and includes Parcel Number 82-03-22-003-018.008-022, and includes but is not limited to the fee title

to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

14. Plaintiff Barry Dean Gaslin owned land adjacent to the Railroad Line on the date of the taking. The property owned by Barry Dean Gaslin is located in Vanderburgh County and includes Parcel Number 82-03-15-003-267.005-022 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

15. Plaintiffs Alvin J. Gries Revocable Trust of 1995 and Rita A. Gries Revocable Trust of 1995 owned land adjacent to the Railroad Line on the date of the taking. The property owned by Alvin J. Gries Revocable Trust of 1995 and Rita A. Gries Revocable Trust of 1995 is located in Posey County and includes Parcel Numbers 65-05-36-200-003.000-014 and 65-05-36-300-010.000-014 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

16. Plaintiff Ivan Bender Farm, Inc. owned land adjacent to the Railroad Line on the date of the taking. The property owned by Ivan Bender Farm, Inc. is located in Posey County and includes Parcel Number 65-05-09-700-009.000-014, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

17. Plaintiff William D. Kight and Mary Jane Kight Revocable Trust of 2008 owned land adjacent to the Railroad Line on the date of the taking. The property owned by William D. Kight and Mary Jane Kight Revocable Trust of 2008 is located in Posey County and includes Parcel Numbers 65-23-19-115-001.000-012 and 65-23-19-115-001.001-012, and includes but is

not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

18. Plaintiff Rita Kissel and Adam Leo Kissel Revocable Trust Agreement owned land adjacent to the Railroad Line on the date of the taking. The property owned by Rita Kissel and Adam Leo Kissel Revocable Trust Agreement is located in Posey County and Vanderburgh County and includes Parcel Numbers 65-05-36-400-009.000-014 and 82-01-31-001-024.003-017, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

19. Plaintiff Eugene Kuehn owned land adjacent to the Railroad Line on the date of the taking. The property owned by Eugene Kuehn is located in Vanderburgh County and includes Parcel Numbers 82-01-31-001-067.008-017, 82-01-31-001-067.009-017, 82-03-05-001-040.001-017, 82-03-06-001-043.001-017 and 82-03-06-001-043.002-017 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

20. Plaintiff David Lipking owned land adjacent to the Railroad Line on the date of the taking. The property owned by David Lipking is located in Vanderburgh County and includes Parcel Number 82-03-22-003-107.005-022 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

21. Plaintiff Lockwood Farms, LLC owned land adjacent to the Railroad Line on the date of the taking. The property owned by Lockwood Farms, LLC is located in Posey County and includes Parcel Numbers 65-05-16-200-001.008-014 and 65-05-16-200-001.009-014, and

includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

22. Plaintiff William Luigs owned land adjacent to the Railroad Line on the date of the taking. The property owned by William Luigs is located in Vanderburgh County and includes Parcel Numbers 82-03-05-001-040.003-017 and 82-03-05-001-041.004-017 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

23. Plaintiff Bruce K. Martin owned land adjacent to the Railroad Line on the date of the taking. The property owned by Bruce K. Martin is located in Posey County and includes Parcel Number 65-05-20-300-012.001-011, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

24. Plaintiff Poseyville Development, LLC owned land adjacent to the Railroad Line on the date of the taking. The property owned by Poseyville Development, LLC is located in Posey County and includes Parcel Number 65-23-19-100-047.000-012, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

25. Plaintiff Robert Reuter owned land adjacent to the Railroad Line on the date of the taking. The property owned by Robert Reuter is located in Posey County and includes Parcel Numbers 65-05-35-100-004.000-014 and 65-05-36-200-002.000-014, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

26. Plaintiffs Kenneth Rexing, Allen Rexing, Rita Ann Griffith and Michael J. Rexing owned land adjacent to the Railroad Line on the date of the taking. The property owned by Kenneth Rexing, Allen Rexing, Rita Ann Griffith and Michael J. Rexing is located in Vanderburgh County and includes Parcel Number 82-03-09-001-051.004-017 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

27. Plaintiffs Kenneth Rexing, Rita Rexing, Daniel J. Rexing, Kristina Hickson f/k/a Kristina Rexing, Scott Straub and Kendra Straub owned land adjacent to the Railroad Line on the date of the taking. The property owned by Kenneth Rexing, Rita Rexing, Daniel J. Rexing and Kristina Hickson f/k/a Kristina Rexing, Scott Straub and Kendra Straub is located in Vanderburgh County and includes Parcel Numbers 82-03-09-001-050.001-017 and 82-03-09-001-038.008-017 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

28. Plaintiff Frank D. Riley owned land adjacent to the Railroad Line on the date of the taking. The property owned by Frank D. Riley is located in Posey County and includes Parcel Number 65-23-19-100-057.000-012 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

29. Plaintiff Janet Schapker, now known as Janet Johnson owned land adjacent to the Railroad Line on the date of the taking. The property owned by Janet Schapker, n/k/a Janet Johnson is located in Posey County and includes Parcel Number 65-23-19-100-063.000-012 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

30. Plaintiff Stan Schapker owned land adjacent to the Railroad Line on the date of the taking. The property owned by Stan Schapker is located in Vanderburgh County and includes Parcel Number 82-01-31-001-067.006-017 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

31. Plaintiff Martha Scheller owned land adjacent to the Railroad Line on the date of the taking. The property owned by Martha Scheller is located in Posey County and includes Parcel Number 65-05-28-500-004.000-014 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

32. Plaintiff Stephen Schenk owned land adjacent to the Railroad Line on the date of the taking. The property owned by Stephen Schenk is located in Posey County and includes Parcel Numbers 65-05-26-700-015.000-014 and 65-05-35-100-022.000-014 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

33. Plaintiff Dorothy Schmitt owned land adjacent to the Railroad Line on the date of the taking. The property owned by Dorothy Schmitt is located in Posey County and includes Parcel Number 65-05-20-400-010.000-011, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

34. Plaintiff Family Trust created under the Last Will and Testament of Francis E. Schmitt dated July 18, 2002 owned land adjacent to the Railroad Line on the date of the taking. The property owned by Family Trust created under the Last Will and Testament of Francis E.

Schmitt dated July 18, 2002 is located in Posey County and includes Parcel Numbers 65-05-21-300-004.000-014 and 65-05-28-200-001.000-014, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

35. Plaintiffs John O. Schmitt and Debra M. Schmitt owned land adjacent to the Railroad Line on the date of the taking. The property owned by John O. Schmitt and Debra M. Schmitt is located in Posey County and includes Parcel Number 65-23-19-100-044.000-012, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

36. Plaintiffs Glen Seibert and Brandon Seibert owned land adjacent to the Railroad Line on the date of the taking. The property owned by Glen Seibert and Brandon Seibert is located in Vanderburgh County and includes Parcel Numbers 82-03-15-003-018.006-022 and 82-03-15-003-018.022-022 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

37. Plaintiff Seibert Farms, LLC owned land adjacent to the Railroad Line on the date of the taking. The property owned by Seibert Farms, LLC is located in Posey County and includes Parcel Number 65-05-17-200-006.000-011 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

38. Plaintiffs The Irene G. Seibert Trust and The Joseph E. Seibert Trust owned land adjacent to the Railroad Line on the date of the taking. The property owned by The Irene G. Seibert Trust and The Joseph E. Seibert Trust is located in Posey County and includes Parcel Number 65-05-17-300-006.004-011 and includes but is not limited to the fee title to all that

property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

39. Plaintiff Harold Straub owned land adjacent to the Railroad Line on the date of the taking. The property owned by Harold Straub is located in Posey County and includes Parcel Number 65-05-36-200-004.000-014 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

40. Plaintiff Tenbarge Oil Co., Inc. owned land adjacent to the Railroad Line on the date of the taking. The property owned by Tenbarge Oil Co., Inc. is located in Posey County and includes Parcel Number 65-23-19-100-058.000-012 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

41. Plaintiff Voegel Farm LLC owned land adjacent to the Railroad Line on the date of the taking. The property owned by Voegel Farm LLC is located in Vanderburgh County and includes Parcel Number 82-03-22-003-027.003-022 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

42. Plaintiff Watzlavik Properties, LLC owned land adjacent to the Railroad Line on the date of the taking. The property owned by Watzlavik Properties, LLC is located in Posey County and includes Parcel Number 65-23-17-301-007.000-012 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

43. Plaintiff Leo B. Will and Mary Jeanette Will Joint Life Estate owned land adjacent to the Railroad Line on the date of the taking. The property owned by Leo B. Will and Mary Jeanette Will Joint Life Estate is located in Posey County and includes Parcel Number 65-05-26-300-017.000-014 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

44. Plaintiffs Wayne Wiggins and Jacklyn Wiggins owned land adjacent to the Railroad Line on the date of the taking. The property owned by Wayne Wiggins and Jacklyn Wiggins is located in Posey County and includes Parcel Number 65-05-20-400-008.000-011 and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail use.

45. On May 23, 2011, the Surface Transportation Board ("STB") issued a Notice of Interim Trail Use ("NITU") relating to the Railroad Line.

46. But for operation of the Trails Act, Plaintiffs would have the exclusive right to physical ownership, possession, and use of their property free of any easement for recreational trail use or future railroad use.

47. By operation of the Trails Act, the United States took the Plaintiffs' property for which it is Constitutionally obligated to pay just compensation.

48. Plaintiffs owned the aforementioned property on the date of the taking, May 23, 2011, and are therefore proper claimants for compensation.

49. Plaintiffs' property includes but is not limited to the fee title to the property underlying the former railroad easement.

50. The United States' actions damaged Plaintiffs by taking a portion of Plaintiffs' property and by diminishing the value of the remaining property and by attenuating delay damages based upon the delayed payment of compensation.

WHEREFORE, Plaintiffs respectfully request a monetary judgment in their favor representing the full fair market value of the property taken by the United States on the date it was taken, including severance damages, delay damages, interest, and costs and attorneys' fees incurred by Plaintiffs and for such further relief as this Court may deem just and proper.

Date: May 19, 2017

Respectfully submitted by:

STEWART, WALD & MCCULLEY, LLC

By Steven Wald
Steven M. Wald
Michael J. Smith
12747 Olive Blvd., Suite 280
Saint Louis, MO 63141
Telephone: (314) 720-0220
Facsimile: (314) 899-2925 (facsimile)
wald@swm.legal
smith@swm.legal

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central St., Suite 22
Kansas City, MO 64108
Telephone: (816) 303-1500
Facsimile: (816) 827-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

ATTORNEYS FOR PLAINTIFFS